# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>DANIELLE TITO,<br><br>   Defendant. | Case No.: 2:21-mj-00144-NJK<br><br>**Order Setting Hearing**<br><br>(Docket No. 4) |

Pending before the Court is Defendant's motion to place case on calendar for initial appearance. Docket No. 4. The Court **GRANTS** Defendant's motion and sets her initial appearance and detention hearing for March 10, 2021, at 2:30 p.m., in Courtroom 3B. The United States must file any paperwork required to ensure Defendant's appearance no later than February 26, 2021.

IT IS SO ORDERED.

DATED: February 24, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE